THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERATED MEMORY TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:19-cv-00183-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Accelerated Memory Tech, LLC and Defendant F5 Networks, Inc stipulate that Defendant shall have until March 24, 2019 to respond to the Complaint.

Dated this 25th day of February, 2019.

| MANN LAW GROUP PLLC | PERKINS COIE LLP |
|---|---|
| By: */s/ Philip P. Mann*<br>Philip P. Mann, WSBA No. 28860<br>107 Spring Street<br>Seattle, WA 98104<br>Tel: 206.436.0900/Fax: 866.341.5140<br>Email: phil@mannlawgroup.com | By: */s/Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206.359.8000/Fax: 206.359.9000<br>Email: RAlSalam@perkinscoie.com |
| Steven G. Hill (Admitted *Pro Hac Vice*)<br>John L. North (Admitted *Pro Hac Vice*)<br>Vivek Ganti (Admitted *Pro Hac Vice*)<br>HILL KERTSCHER & WHARTON LLP<br>3350 Riverwood Parkway | Attorneys for Defendant F5 Networks, Inc. |

STIPULATED MOTION AND ORDER TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT – 1 (No. 2:19-cv-00183-RSM)

143388373.1

Atlanta, GA  30339

Tel:  770.953.0995/Fax: 770.953.1385
Email: sgh@hkw-law.com
       jln@hkw-law.com
       vg@hkw-law.com

Attorneys for Plaintiff Accelerated Memory Tech LLC

IT IS SO ORDERED.

Dated this 26 of February 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT – 2
(No. 2:19-cv-00183-RSM)

143388373.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000