UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERATED MEMORY TECH, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | No. C19-183 RSM<br><br>SECOND STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

  Plaintiff Accelerated Memory Tech, LLC and Defendant F5 Networks, Inc stipulate that Defendant shall have until April 8, 2019 to respond to the Complaint.

  Dated this 25th day of March, 2019.

| | |
|---|---|
| MANN LAW GROUP PLLC | PERKINS COIE LLP |
| By: */s/ Philip P. Mann*<br>Philip P. Mann, WSBA No. 28860<br>107 Spring Street<br>Seattle, WA 98104<br>Tel: 206.436.0900/Fax: 866.341.5140<br>Email: phil@mannlawgroup.com | By: */s/Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206.359.8000/Fax: 206.359.9000<br>Email: RAlSalam@perkinscoie.com |
| Steven G. Hill (Admitted *Pro Hac Vice*)<br>John L. North (Admitted *Pro Hac Vice*)<br>Vivek Ganti (Admitted *Pro Hac Vice*)<br>HILL KERTSCHER & WHARTON LLP<br>3350 Riverwood Parkway | Attorneys for Defendant F5 Networks, Inc. |

SECOND STIPULATED MOTION TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT –
1 (No. 2:19-cv-00183-RSM)

143802860.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Atlanta, GA 30339

Tel: 770.953.0995/Fax: 770.953.1385
Email: sgh@hkw-law.com
        jln@hkw-law.com
        vg@hkw-law.com

Attorneys for Plaintiff Accelerated Memory Tech, LLC

**IT IS SO ORDERED** this 27th day of March 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT –
2 (No. 2:19-cv-00183-RSM)

143802860.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000